AO91 (Rev. 8/01) Criminal Complaint

US MAGISTRATE COURT
JSH-SDTX
FILED
MAY 1 1 2015

CLR

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Eric Abel Garcia-Alanis
Nuevo Laredo, Tamaulipas

**CRIMINAL COMPLAINT**

Case Number: 5:15mj 604-1

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 8, 2015** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas**, **Eric Abel Garcia-Alanis** defendant(s),

a citizen of Mexico, did knowingly or in reckless disregard of the fact that Mexican Nationals Ana Maria HERNANDEA-Claudio, Dulce Jazmin BENJAMIN-Gutierrez and four (4) other undocumneted aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States (Southern District of Texas) by means of motor vehicle or otherwise, in furtherance of such violation of law.

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**

I further state that I am a(n) **Special Agent, Homeland Security Investigations** (Official Title) and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

**Roberto Flores**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**May 11, 2015** at **Laredo, Texas**
Date                                       City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**United States of America**                                                                                    Page 2

vs

Eric Abel Garcia-Alanis

**[CONT OF BASIS OF COMPLAINT]**

On May 8, 2015, Homeland Security Investigations (HSI) Special Agent (SA) and Border Patrol Intel Agents (BPIA) responded to the United States Border Patrol (USBP), Laredo South Station, to investigate the details of a human smuggling event involving six (6) undocumented aliens (UDAs). Upon arriving to the USBP South Station, HSI SA and BPIAs conducted interviews and identified Eric Abel GARCIA-Alanis, a Mexican National, as the principal in this human smuggling event.

At approximately 1:00 p.m., Border Patrol Agents (BPAs) responded to a sensor activation in the Deleon Ranch. Upon arrival at the sensor's location, agents observed foot prints leading away from the Rio Grande River. Agents followed the followed the foot prints and encountered seven people. An Immigration inspection of the individuals determined they were not in possession of proper documentation to work and/or reside in the United States legally. All seven people were transported to the Laredo South Station.

Through preliminary interviews by the Border Patrol Alien Smuggling Identification Team (ASIT), it was learned that one of the members of the group, GARCIA-Alanis, was guiding the group to an unknown destination in Laredo, Texas.

GARCIA-Alanis was read his Miranda rights and agreed to speak without an attorney present during questioning. GARCIA-Alanis admitted to being the guide and that he was going to be paid $50 USD per each person he guided into the United States. HSI agents arrested GARCIA-Alanis for violations of Title 8, United States Code, Section 1324, transporting undocumented aliens.

Ana Maria HERNANDEZ-Claudio and Dulce Jazmin BENJAMIN-Gutierrez, identified GARCIA-Alanis as the person who was guiding the group.

Ana Maria HERNANDEZ-Claudio and Dulce Jazmin BENJAMIN-Gutierrez, are being held as material witnesses in the case against GARCIA-Alanis. The remaining four (4) UDAs were processed accordingly to their immigration and criminal history.